The People of the State of New York, Respondent,
against
Uzziah Richards, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kate Paek, J.), rendered November 6, 2015, convicting him, upon a plea of guilty, of disorderly conduct under 21 NYCRR § 1050.7(j)(1), and imposing sentence.




Per Curiam.
Judgment of conviction (Kate Paek, J.), rendered November 6, 2015, affirmed.
The accusatory instrument was not jurisdictionally defective. Allegations that on November 6, 2015 at 12:15 AM, a police officer "observed the defendant sleeping outstretched with feet extended across multiple seats aboard a northbound "F" train;" that the train "had approximately twenty five passengers inside the train car at the time of my observation;" and that the officer, "a member of the New York City Police Department" is a "custodian of the NYC Transit Authority and the defendant did not have permission or authority to engage in the above described conduct" were sufficient to charge defendant with occupying multiple seats on a transit facility (21 NYCRR § 1050.7[j][1]). The allegations support a reasonable inference that defendant's conduct interfered with the comfort of the other passengers.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 17, 2018